In the Matter of the Claim of GERALDINE ROBERTS, Respondent, v. YELLOW CAB OF WATERTOWN, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.